**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Metropolitan Transit Authority of Harris County v. Adan Garza

Appellate case number:    01-18-00408-CV

Trial court case number:    2017-23090

Trial court:    80th District Court of Harris County

Appellant filed his notice of appeal on May 21, 2018. *See* TEX. R. APP. P. 26.1. The record was due on May 31, 2018. *See* TEX. R. APP. P. 26.1(b), 35.1. The clerk's record was filed on July 26, 2018. The reporter's record has not been filed.

On September 6, 2018, the Clerk notified appellant that it had 15 days to provide written evidence from the court reporter showing that it has paid the complete reporter's fee or the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant has not provided the Court with evidence showing that he has paid or made arrangements to pay the court reporter. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

Appellant's brief is **ORDERED** to be filed within 20 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is **ORDERED** to be filed within 20 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
                        ☒ Acting individually    ☐ Acting for the Court

Date: October 23, 2018